IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CYNTHIA GREEN-GETER,

      Plaintiff,

v.                                                 Civil Action No. 3:19-cv-00079

WAL-MART STORES EAST, LP, et. al.

      Defendants.

## **ORDER**

Plaintiff and Defendants have filed a Notice of Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court acknowledges the Notice of Stipulation of Dismissal with Prejudice and therefore ORDERS that this matter is DISMISSED WITH PREJUDICE.

The Court will retain jurisdiction to enforce the settlement agreement in this matter pursuant to <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375 (1994).

The parties are to bear their own respective costs.

Date: June 13, 2022

*[signature]*

The Hon. Norman K. Moon
Senior United States District Judge